```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

MARILYN MOORE, individually,    :
and GEO - ENVIRO ENGINEERING    :
INC., a GEORGIA corporation     :
                                :
     Plaintiffs,                :
                                :    Civil Action
v.                              :    File No.  1:05-CV-2502
                                :
FULTON COUNTY, GEORGIA,         :    Judge William S. Duffey
                                :
     Defendant.                 :
_____
```

**DEFENDANT'S REQUEST FOR PLAINTIFFS TO FILE ORIGINAL DISCOVERY**

COMES NOW, Defendant Fulton County and files this DEFENDANT'S REQUEST FOR PLAINTIFFS TO FILE ORIGINAL DISCOVERY of the following discovery documents:

1. Original deposition of Arthur Lee Peek; and

2. Original deposition of Mary-Louise Upshaw.

Respectfully submitted this 31st day of July, 2006.

                        Overtis Hicks Brantley
                        COUNTY ATTORNEY
                        Georgia Bar No.  351350

                By:  */s/ Steven E. Rosenberg*
                      Steven E. Rosenberg
                      Georgia Bar No.  614560

Office of the Fulton County Attorney
141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 730-7750
(404) 730-6324 (fax)

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

MARILYN MOORE, individually,   :
and GEO - ENVIRO ENGINEERING   :
INC., a GEORGIA corporation    :
                               :
     Plaintiffs,               :
                               :    Civil Action
v.                             :    File No.  1:05-CV-2502
                               :
FULTON COUNTY, GEORGIA,        :    Judge William S. Duffey
                               :
     Defendant.                :
_____

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

I hereby certify that on July 31, 2006, I electronically filed **DEFENDANT'S REQUEST FOR PLAINTIFFS TO FILE ORIGINAL DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

>    Cary S. King, Esq.
>    Slater & King
>    1201 Peachtree St., NE
>    Suite 1100
>    Atlanta, Georgia 30361

>    */S/ Steven E. Rosenberg*
>    Steven E. Rosenberg
>    Georgia Bar No. 614560

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
Phone  404/ 730-7750
Fax:   404/ 730-6324